IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JASON EDWARD JOHNS,

                OPINION AND ORDER

         Plaintiff,

                18-cv-599-bbc

    v.

JACK LEONARD,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Jason Johns has filed this proposed civil diversity action under Wisconsin state law, contending that defendant Jack Leonard, an employee of the Military Order of the Purple Heart of the U.S.A., Inc., released plaintiff's private information to third parties in an email. In an order entered on February 15, 2019, I identified two problems with plaintiff's complaint: (1) plaintiff had not yet properly served defendant with a copy of his complaint; and (2) it seemed unlikely that this court would be able to exercise personal jurisdiction over defendant, who lives and works in Maryland or Virginia. Dkt. #14. Accordingly, I ordered plaintiff to show cause why this case should not be dismissed for lack of personal jurisdiction over defendant.

Plaintiff has responded to the order, explaining that he has arranged for a process server to serve the summons and complaint on defendant by March 7, 2019, dkt. #16, and making additional allegations regarding defendant's contacts with Wisconsin. Dkt. #15. Specifically, plaintiff alleges that defendant is employed as the "national adjunct" for the

1

Military Order of the Purple Heart, and in that role, he oversees all administrative functions of the order's national headquarters, directly supervises employees and conducts all necessary correspondence for the organization on a nationwide basis. It is possible, though unlikely, that defendant's administrative role with the national organization provided him sufficient contacts in Wisconsin to support this court's exercise of personal jurisdiction over him. In light of the fact that plaintiff already has arranged for the summons and complaint to be served on defendant, I will allow the case to proceed in this court for now. However, plaintiff must file proof of service with the court by April 5, 2019 or risk dismissal of his case.

ORDER

IT IS ORDERED that plaintiff Jason Johns shall have until April 5, 2019 to file proof of service of his complaint on defendant Jack Leonard or the case will be dismissed.

Entered this 22d day of March, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge